## Roberts *v.* Postal Telegraph Company, Appellant.

Argued Jan. 19, 1903.   Appeal, No. 30, Jan. T., 1903, by defendant, from judgment of C. P. Wayne Co., May T., 1901, No. 71, on verdict for plaintiff in case of George Roberts v. Postal Telegraph Company.   Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ.   Affirmed.

OPINION BY MORRISON, J., March 12, 1903:

This case is similar to No. 26, January term, 1903, in which an opinion is this day filed, and for the reasons given therein the assignments of error are all overruled except the one relating to interest, which is sustained to the extent of striking off the interest: Richards v. Citizens' Natural Gas Co., 130 Pa. 37.

Judgment reduced nunc pro tunc to $312.48, as of March 7, 1902, and thereupon judgment affirmed.

